**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 5, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ANDREW ARMANI DEIONTE ROWE,

    Defendant - Appellant.

No. 25-4088
(D.C. No. 2:23-CR-00389-JNP-1)
(D. Utah)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HOLMES**, Chief Judge, **BACHARACH** and **FEDERICO**, Circuit Judges.
_____

Andrew Rowe pled guilty to interference with commerce by robbery in violation of 18 U.S.C. § 1951(a). His plea agreement contained a broad waiver of his appellate rights. Despite that waiver, Mr. Rowe filed this appeal. The government moved to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). In response, Mr. Rowe acknowledged his appeal waiver is enforceable and thereby conceded dismissal is appropriate.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Based on Mr. Rowe's concession, we grant the government's motion to enforce the appeal waiver and dismiss this appeal.

Entered for the Court

Per Curiam